UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIUS DANIEL ALEXANDER | CIVIL ACTION |
| VERSUS | NO: 15-4861 |
| SHERIFF MARLIN N. GUSMAN, ET AL. | SECTION: R(5) |

## ORDER AND REASONS

Pro se litigant Julius Alexander filed this 42 U.S.C. § 1983 civil rights action, complaining about the conditions of his confinement and that correctional officers strip searched him and other inmates.[1] The Magistrate Judge recommends that Alexander's complaint be dismissed with prejudice.[2] Alexander did not file objections to the Magistrate Judge's findings. Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's Report and Recommendation (R&R), the Court approves the R&R and adopts it as its opinion.

New Orleans, Louisiana, this __10th__ day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 7.

[2] R. Doc. 9.